ment reversed and new trial granted, with costs to appellant to abide event. Settle order before Clark, J., on two days' notice. All concur.

TERENCE E. McDADE, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment affirmed, with costs. All concur, except Davis, J., who dissents and votes for reversal, upon the ground that at the time of the accident the plaintiff was a public officer, engaged in the discharge of his duty, and that it was a question of fact as to whether or not he was guilty of contributory negligence and it could not be determined as a question of law by the court under the authority of *Xenodochius* v. *Fifth Ave. Coach Co.* (129 App. Div. 26); *Smith* v. *Bailey* (14 id. 283); *Lewis* v. *Binghamton R. R. Co.* (35 id. 12); *Reilly* v. *Interurban St. R. Co.* (108 id. 254), and *O'Connor* v. *Union R. Co.* (67 id. 99).

MARY BURSE, Respondent, v. HARRY O. KINCAID, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

GALE H. WAGGONER, Respondent, v. WALTER WAGNER, Appellant. (Nos. 1 and 2.) — Order affirmed, with ten dollars costs and disbursements. All concur, Clark, J., not voting.

In the Matter of the Final Judicial Settlement of the Accounts of FREDERIC D. WHITWELL, as Substituted Trustee under the Will of DAVID W. BAIRD, Deceased, etc. LEON L. BAIRD, Appellant; WILLIAM R. DANIELS, as Trustee, etc., of LEON L. BAIRD, Bankrupt, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur.

AMBROSE E. CAMPBELL, Respondent, v. HARRY J. STRONG, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

KATHRYN M. HUBBELL, as Administratrix, etc., of WILLIAM T. HUBBELL, Deceased, Respondent, v. MARTIN W. BUCKLEY, Appellant.— Judgment and order affirmed, with costs. All concur.

KATHRYN M. HUBBELL, as Administratrix, etc., of WILLIAM T. HUBBELL, Deceased, Respondent, v. MARTIN W. BUCKLEY, Appellant.— Order affirmed, without costs. All concur.

CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur.

CITY OF SYRACUSE, Respondent, v. THOMAS HOGAN, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS FREENEY, Appellant.— Judgment of conviction and order affirmed. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES SCHRADER and Others, Relators, v. CHARLES A. SWAN and Others, as Common Council of the City of Salamanca, N. Y., etc., Respondents.— Writ of certiorari dismissed and determination confirmed, with fifty dollars costs and disbursements. All concur.

MARY RYAN, by JAMES RYAN, Her Guardian ad Litem, Appellant, v. FRANK L. HALL COMPANY, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that it was prejudicial error to exclude the testimony of the witness Catherine Burns, a child ten years of age, in the absence of a preliminary examination of the witness by the presiding justice, to ascertain her capacity and the extent of her knowledge.* All concur.

---

* See Code Civ. Proc. § 850; now Civ. Prac. Act, § 365.— [REP.